**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6215**

---

MARCUS A. JOSEPH,

Plaintiff - Appellant,

versus

D. TAYLOR, Warden; W. L. EAGLETON, Associate
Warden; C. FELDER; A. PINCKNEY, Supervisor
ASU, in their individual, official and pro-
fessional capacities; L. TURNER; E. J. OLSON,
Nurse,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Joseph F. Anderson, Jr., District
Judge. (CA-95-4084-2-17AJ)

---

Submitted: June 12, 1997          Decided: January 26, 1998

---

Before WIDENER and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Marcus A. Joseph, Appellant Pro Se. Kevin Kendrick Bell, ROBINSON, MCFADDEN & MOORE, P.C., Columbia, South Carolina; Larry Cleveland Batson, Robert Eric Petersen, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, Columbia, South Carolina; William Henry Davidson, II, James Miller Davis, Jr., ELLIS, LAWHORNE, DAVIDSON & SIMS, P.A., Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant, a South Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915A (West Supp. 1997). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Joseph v. Taylor, No. CA-95-4084-2-17AJ (D.S.C. Jan. 27, 1997). We deny Appellees' motions to dismiss and for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED